**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:     James Augustine Gomez v. The State of Texas

Appellate case number:   01-22-00729-CR

Trial court case number: 21-DCR-095160

Trial court:             268th District Court of Fort Bend County

      This appeal was abated and remanded to the trial court to determine whether appellant is entitled to appointment of counsel. A supplemental clerk's record has been filed containing an order by the trial court appointing Mandy Miller as appellant's counsel on appeal.

      Accordingly, we lift the abatement ordered by this Court and reinstate the appeal on the Court's active docket. Appellant's brief is due **30 days** from the date of this order. *See* TEX. R. APP. P. 38.6(a).

      It is so ORDERED.


Judge's signature: _____/s/ Sarah B Landau_____
                          Acting individually


Date: __February 16, 2023_____